UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **WILLIS RAY BELLOW** | **CIVIL ACTION NO. 06-2039** |
| **VERSUS** | **U.S. DISTRICT JUDGE DEE D. DRELL** |
| **FLEETWOOD MOTOR HOMES, et al** | **U.S. MAGISTRATE JUDGE JAMES D. KIRK** |

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Remand, **Doc. #18**, is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 3rd day of May, 2007.

Dee D. Drell
United States District Judge