U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

DEC 17 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM RAY BELLOW | CIVIL ACTION NO.:06-02039 |
| *Plaintiff* | |
| VERSUS | JUDGE DEE D. DRELL |
| FLEETWOOD MOTOR HOMES OF INDIANA, INC. AND KITE BROS., L.L.C. | MAG. JAMES D. KIRK |
| *Defendants* | JURY DEMAND |

## ORDER

Considering the above and foregoing Motion to Compel filed on behalf of Fleetwood Motor Homes of Indiana, Inc., and no opposition having been filed, **IT IS HEREBY ORDERRED, ADJUDGED AND DECREED** that the Motion to Compel be and the same is hereby **GRANTED** and Plaintiff is ordered to produce any and all social security disability records currently in his possession and to execute a social security authorization so that Defendant may obtain a complete certified copy of all social security disability records.

Dec. 17, 2007

_____
UNITED STATES MAGISTRATE JUDGE